IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE ROBINSON,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 09-00615-CG-N** |
| **JOJO SCHWARZAUER,** | : | |
| **Defendant.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 1st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE